# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF OHIO
### EASTERN DIVISION

| | | |
|---|---|---|
| **KATHLEEN MATSON, on behalf of herself and others similarly situated,** | **)** | CASE NO. 1:19-cv-02747 |
| | **)** | |
| Plaintiff, | **)** | JUDGE PAMELA A. BARKER |
| | **)** | |
| v. | **)** | **[PROPOSED] ORDER APPROVING** |
| | **)** | **SETTLEMENT AND DISMISSING CASE** |
| **CHARLES RIVER LABORATORIES, INC.** | **)** | **WITH PREJUDICE** |
| | **)** | |
| Defendant. | **)** | |

This matter is before the Court on the parties' Joint Motion for Approval of Settlement and Stipulation of Dismissal with Prejudice ("Joint Motion").  Having reviewed the Joint Motion, the Settlement, and the pleadings and papers on file in this Action, and for good cause established therein, the Court enters this Stipulated Order and Final Judgment approving the Settlement as follows:

1.      The Complaint asserts wage-and-hour claims under the pursuant to the Fair Labor Standards Act, 29 U.S.C. § 201 *et seq.*, on behalf of Plaintiff.

2.      The Court finds that the Settlement resolves a bona fide dispute between the parties, and that the proposed Settlement is fair and reasonable and satisfies the standard for approval under 29 U.S.C. §216(b).

3.      The Court approves the Settlement in its entirety, and orders that it be implemented according to its terms and conditions.  Pursuant to the terms of the Settlement Agreement, Plaintiff's claims have been resolved, and Plaintiff's Complaint is therefore dismissed with prejudice.

4.      The Court finds there is no just reason for delay, hereby enters final judgment, and directs the Clerk of the Court to enter this Stipulated Order and Final Judgment immediately.

5.      The Court retains jurisdiction over the Action to enforce the terms of the Settlement, if necessary.

**IT IS SO ORDERED.**


Date: _____          _____
                                        PAMELA A. BARKER
                                        U.S. DISTRICT JUDGE